# United States Court of Appeals for the Fifth Circuit

———————

No. 26-10006
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**
June 1, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

KENNETH CODY ANDERSON,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:25-CR-39-1

———————————————————————

Before RICHMAN, SOUTHWICK, and WILLETT, *Circuit Judges*.

PER CURIAM:[*]

Kenneth Cody Anderson appeals the 180-month, within-guidelines sentence, imposed following his guilty plea conviction for possession with the intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii). He argues his sentence is substantively unreasonable, asserting that the district court should have varied below the guidelines range

———————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 26-10006

based on the disparate treatment between actual methamphetamine (for which he was charged) and a mixture containing methamphetamine.

The district court considered and rejected Anderson's request for a lesser sentence, and Anderson has not shown that his sentence fails to account for a factor that should have received significant weight, gave significant weight to an improper factor, or represents a clear error of judgment in balancing the sentencing factors. *See United States v. Cooks*, 589 F.3d 173, 186 (5th Cir. 2009). Anderson's disagreement with the propriety of the sentence is insufficient to rebut the presumption of reasonableness that applies to his within-guidelines sentence. *See id.*; *see also United States v. Malone*, 828 F.3d 331, 339 (5th Cir. 2016).

AFFIRMED.